# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

U.S.A. vs. RICKEY MAEBRY                                    Docket No. 3:03CR00075(CFD)

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Robert E. Bouffard, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Rickey Maebry, who was sentenced to 18 months' imprisonment for Forging Endorsements and Signatures on U.S. Treasury Checks, in violation of 18 U.S.C. § 510(a) by the Honorable Christopher F. Droney, U.S. District Judge, sitting in the court at Hartford, Connecticut on February 23, 2004, who fixed the period of supervision at three years which commenced on August 16, 2005, and imposed the general terms and conditions theretofore adopted by the court. The following special conditions of supervised release were also ordered: 1) The defendant is required to participate in a substance abuse program approved by the U.S. Probation Officer; 2) The defendant shall also pay restitution in the amount of $25,638.00 to the Social Security Administration as ordered in the Restitution Order entered on this date. The term of supervised release is scheduled to expire on August 15, 2008.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following conditions of supervised release:

Mandatory Condition: "The defendant shall not commit another federal, state, or local offense."

On January 15, 2008, following a traffic stop made by the Hamden, Connecticut Police Department, the offender was arrested for Possession of Narcotics, and Possession of Drug Paraphernalia, in violation of Connecticut State Statutes 21a-279(a) and 21a-267(d). The traffic stop was made after the red Ford Explorer, in which the offender was a passenger, exited a garage at 157 Leeder Hill Drive in Hamden. The officer involved, Joseph Liguori (badge no. 0025), had knowledge from previous encounters that the resident of the property, William Gabriele, received daily deliveries of crack cocaine from a black male in a red Ford Explorer. Following the traffic stop made on Putnam Avenue, Mr. Maebry was found to be in possession of an orange prescription bottle containing a white rock substance, as well as a glass smoking pipe with smoke residue. The incident report stated that he was found to be in possession of 1.7 grams of crack cocaine. A bond was originally set at $5,000, and the offender was scheduled to appear in Meriden Superior Court on January 31, 2008. Mr. Maebry was subsequently released on a Promise To Appear, and arraigned on February 5, 2008. The next court date in the matter is February 26, 2008.

See attachment.

**PRAYING THAT THE COURT WILL ORDER** a summons directing Rickey Maebry to appear before this court at Hartford, Connecticut, on 3/14/08 at 11:30 am . to show cause why supervision should not be revoked.

**ORDER OF COURT**

Considered and ordered this 19th day of February, 2008, and ordered filed and made a part of the records in the above case.

_____
The Honorable Christopher F. Droney
United States District Judge

Sworn to By
_____
Robert E. Bouffard
United States Probation Officer

Place _Hartford, CT_

Date _2/19/08_

Before me, the Honorable Christopher F. Droney, United States District Judge, on this 19th day of February 2008 at Hartford, Connecticut, U.S. Probation Officer Robert E. Bouffard appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

_____
The Honorable Christopher F. Droney
United States District Judge

RM

Attachment:

<u>Standard Condition: "The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer."</u>

On January 15, 2008, following a traffic stop made by the Hamden, Connecticut Police Department, the offender was arrested for Possession of Narcotics, and Possession of Drug Paraphernalia, in violation of Connecticut State Statutes 21a-279(a) and 21a-267(d). The traffic stop was made after the red Ford Explorer, in which the offender was a passenger, exited a garage at 157 Leeder Hill Drive in Hamden. The officer involved, Joseph Liguori (badge no. 0025), had knowledge from previous encounters that the resident of the property, William Gabriele, received daily deliveries of crack cocaine from a black male in a red Ford Explorer. Following the traffic stop made on Putnam Avenue, Mr. Maebry was found to be in possession of an orange prescription bottle containing a white rock substance, as well as a glass smoking pipe with smoke residue. The incident report stated that he was found to be in possession of 1.7 grams of crack cocaine. The offender failed to contact the U.S. Probation Office within seventy-two hours of the incident as required.