UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
|  | : Criminal No. 3:03CR75(CFD) |
| v. | : |
|  | : |
| RICKEY MAEBRY | : February 27, 2008 |

## APPEARANCE

Mr. Clerk:

Please enter my appearance as counsel for the Government, in the above-referenced case.

Dated at Hartford, Connecticut on the 27th day of February, 2008.

                Respectfully submitted,

                KEVIN J. O'CONNOR
                UNITED STATES ATTORNEY

                DEBORAH R. SLATER
                ASSISTANT UNITED STATES ATTORNEY
                450 MAIN STREET, ROOM 328
                HARTFORD, CT 06103
                TEL. (860) 947-1101
                Federal Bar No. ct04786

2

**CERTIFICATION**

      I hereby certify that a copy of the foregoing was mailed this 27th day of February, 2008 to the following:

Robert E. Bouffard
United States Probation Officer
157 Church Street, 22nd floor
New Haven, CT 06510

_____
DEBORAH R. SLATER
ASSISTANT UNITED STATES ATTORNEY