# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

U.S.A. vs. RICKEY MAEBRY                                         Docket No. 3:03CR00075(CFD)

## Petition For Modification of Conditions or Term of Probation/Supervised Release with the Consent of the Offender

**COMES NOW,** Robert E. Bouffard, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Rickey Maebry, who was sentenced to 18 months' imprisonment for Forging Endorsements and Signatures on U.S. Treasury Checks, in violation of 18 U.S.C. § 510(a), by the Honorable Christopher F. Droney, U.S. District Judge, sitting in the court at Hartford, Connecticut on February 23, 2004, who fixed the period of supervision at three years, which commenced on August 16, 2005, and imposed the general terms and conditions theretofore adopted by the court. The following special conditions of supervised release were also ordered: 1) The defendant is required to participate in a substance abuse program approved by the U.S. Probation Officer; and 2) The defendant shall also pay restitution in the amount of $25,638.00 to the Social Security Administration as ordered in the Restitution Order entered on this date. The term of supervised release is scheduled to expire on August 15, 2008.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

On January 15, 2008, following a traffic stop made by the Hamden, Connecticut Police Department, the defendant was arrested and charged with Possession of Narcotics, and Possession of Drug Paraphernalia, in violation of Connecticut State Statutes 21a-279(a) and 21a-267(d). The defendant is scheduled to appear in Meriden Superior Court on April 2, 2008.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve:

☐ To extend the term of probation/supervised release for  years, for a total term of  years.
■ To modify the conditions of supervision as follows:

The attorney for the defendant has been notified and concurs that the following added special condition is appropriate:

"The defendant shall be placed on home confinement with electronic monitoring until the resolution of his pending state court case, or at which time the Court deems appropriate. Based on his current financial situation, the defendant will not be responsible for the costs of monitoring."

A signed Waiver of Hearing to Modify Conditions is attached.

**ORDER OF COURT**

Considered and ordered this 28th day of March 2008 and ordered filed and made a part of the records in the above case.

The Honorable Christopher F. Droney
United States District Judge

Respectfully Submitted,

Robert E. Bouffard
United States Probation Officer

Place: New Haven, Connecticut

Date: March 25, 2008

PROB 49
(3/89)

# United States District Court

### District of Connecticut

## Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Mr. Maebry shall be placed on home confinement with electronic monitoring until his pending state case is disposed of, or at a time deemed appropriate by the Court.

Witness: Robert E. Bouffard, U.S. Probation Officer

Signed: Rickey Maebry, Supervised Releasee

Date: 3/25/08